MARTIN M. NOONEN (BAR NO. 169061)
MNoonen@mofo.com
NICOLE M. SMITH (BAR NO. 189598)
NSmith@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454

JS-6

DARREN S. CAHR (admitted pro hac vice)
Darren.Cahr@dbr.com
NICOLE MURRAY (admitted pro hac vice)
Nicole.Murray@dbr.com
JEFFREY T. BARAVETTO (admitted pro hac vice)
Jeffrey.Baravetto@dbr.com
DRINKER BIDDLE & REATH LLP
191 N. Wacker Drive, Suite 3700
Chicago, Illinois 60606
Telephone: 312.569.1000
Facsimile: 312.569.3000

Attorneys for Defendants
MIDWAY GAMES INC., MIDWAY HOME
ENTERTAINMENT INC. and MIDWAY
AMUSEMENT GAMES, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WILLIAM L. CRAWFORD II, an individual; MINDSHADOW ENTERTAINMENT LLC., a corporation.<br><br>                    Plaintiffs,<br><br>    v.<br><br>MIDWAY GAMES INC., a corporation; MIDWAY HOME ENTERTAINMENT INC., a corporation; MIDWAY AMUSEMENT GAMES, LLC, a corporation; and DOES 1-100, Inclusive.<br><br>                    Defendants. | Case No. **2:07-cv-00967-FMC-JC**x<br><br>**JUDGMENT FOR DEFENDANTS**<br><br><br>Fact Discovery Cut-Off: Sept. 2, 2008<br>Trial: Mar. 10, 2009<br><br>Time:<br>Date:<br>Courtroom: 750<br>Hon. Florence-Marie Cooper |

In light of this Court's December 2, 2008 Order Granting Defendants' Motions for Summary Judgment, judgment is hereby entered in favor of Defendants and against Plaintiffs on all causes of action.

This judgment is made final.

IT IS SO ADJUDGED.

Dated: December 16, 2008

_____
Hon. Florence-Marie Cooper

Presented By:
MORRISON & FOERSTER, LLP
DRINKER BIDDLE & REATH LLP

   */s/ Nicole M. Murray*
Attorney for Defendants

CH01/ 25269825.2